**Order entered August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01401-CR

**PATRICK ALLAN HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82100-2017**

## ORDER

Before the Court is the State's August 7, 2018 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received August 7 filed as of the date of this order.

/s/     CRAIG STODDART
         JUSTICE